**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Romanov Group LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-0517519** |
| 4. | **Debtor's address** | **Principal place of business**<br>**520 Newport Center Drive, Suite 480**<br>**Newport Beach, CA 92660**<br>Number, Street, City, State & ZIP Code<br>**Orange**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**18180, 18200, 18210, 18220, 18300, 18340 & 18380 Yorba Linda Boulevard, Yorba Linda, CA 92886**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Romanov Group LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

Debtor **Romanov Group LLC** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [x] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [ ] 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [x] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [x] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

Debtor **Romanov Group LLC**
Name

Case number (*if known*) ______

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 24, 2026**
MM / DD / YYYY

X ______
Signature of authorized representative of debtor

**Jason Miller**
Printed name

Title **Authorized Representative of Forcing Rosser Manager, LLC, the Manager for Romanov Group, LLC**

**18. Signature of attorney**

X ______
Signature of attorney for debtor

Date **June 24, 2026**
MM / DD / YYYY

**Kyra E. Andrassy**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**4675 MacArthur Court**
**Suite 1550**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone **(310) 440-4100** Email address **kandrassy@raineslaw.com**

**207959 CA**
Bar number and State

**ACTION BY WRITTEN CONSENT OF THE MANAGER OF ROMANOV GROUP LLC**

June 24, 2026

The undersigned manager (the "**Manager**") of Forcing Rosser Manager, LLC, a Delaware limited liability company, which is the manager of Romanov Group LLC (the "**Company**"), A Delaware limited liability company, hereby approves and adopts, in accordance with the laws of the State of Delaware and the governing agreements of the Company, the following resolutions:

**WHEREAS** the Manager is designated as the "Romanov Manager" in the Operating Agreement for Forcing Rosser Manager, LLC and Jason Miller as the "Other Manager";

**WHEREAS**, the Manager has reviewed and considered historical performance and results of the Company, its current and future liquidity needs, its business prospects, and its current and long-term liabilities;

**WHEREAS**, the Company has determined to pursue relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"); and

**WHEREAS**, the Manager has determined that it is advisable and in the best interests of the Company to pursue relief under the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Company file, or cause to be filed, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and

**IN WITNESS WHEREOF**, the undersigned has executed this Action by Written Consentas of the date first written above.

**FORCING ROSSER MANAGER, LLC, manager of ROMANOV GROUP LLC**

By:____________________________
Andrew Stupin, Manager



10831277.1

| Fill in this information to identify the case: |
|---|
| Debtor name **Romanov Group LLC** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 24, 2026**

X ______________________
Signature of individual signing on behalf of debtor

**Jason Miller**
Printed name

**Authorized Representative of Forcing Rosser Manager, LLC, the Manager for Romanov Group, LLC**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Romanov Group LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anchor Medical Management, Inc. 18200 Yorba Linda Blvd Suite 125 Yorba Linda, CA 92886** | | **Security Deposit** | | | | **$156,181.00** |
| **Vierergruppe Management Inc. 1932 East Deere Avenue Suite 150 Santa Ana, CA 92705** | | | | | | **$128,075.42** |
| **Lone Wolf Brewing Co LLC 18210 Yorba Linda Blvd Suite 404 Yorba Linda, CA 92886** | | **Security Deposit** | | | | **$71,028.72** |
| **Patrol One P.O. Box 5487 Orange, CA 92863** | | | | | | **$22,080.00** |
| **4 Seasons Air, Inc. 8585 Katella Avenue Stanton, CA 90680** | | | | | | **$15,940.34** |
| **Alternative Landscaping Inc PO Box 30236 Santa Ana, CA 92735** | | | | | | **$15,295.00** |

Debtor **Romanov Group LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Team Real Estate OC<br>18180 Yorba Linda Blvd<br>Suite 501<br>Yorba Linda, CA 92886** | | **Sercurity Deposit** | | | | **$15,282.07** |
| **MADE Coffee<br>18340 Yorba Linda Blvd<br>Suite 106<br>Yorba Linda, CA 92886** | | **Security Deposit** | | | | **$13,427.67** |
| **HILLWIG-GOODROW, INC<br>31419 Outer Highway 10<br>Ste. 1-200<br>Redlands, CA 92373** | | | | | | **$11,760.00** |
| **Ontario Refrigeration Services, Inc.<br>635 S. Mountain Avenue<br>Ontario, CA 91762** | | | | | | **$9,374.98** |
| **Schindler Elevator Corporation<br>PO Box 93050<br>Chicago, IL 60673-3050** | | | | | | **$9,313.55** |
| **VIP Sewer And Drain Services, Inc<br>4502 Walnut Ave<br>Irvine, CA 92604** | | | | | | **$9,100.00** |
| **Anchor Medical Management - Urgent Care<br>18220 Yorba Linda Blvd<br>Suite 301<br>Yorba Linda, CA 92886** | | **Security Deposit** | | | | **$8,719.00** |
| **Sushi Imari, Inc.<br>18220 Yorba Linda Blvd<br>Suite 310<br>Yorba Linda, CA 92886** | | **Security Deposit** | | | | **$8,640.00** |

Debtor **Romanov Group LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stefano's Golden Baked Hams 18220 Yorba Linda Blvd Suite 307 Yorba Linda, CA 92886** | | **Security Deposit** | | | | **$7,159.30** |
| **Crave Health, LLC dba Smart Fit Method 18220 Yorba Linda Blvd Suite 302 Yorba Linda, CA 92886** | | **Security Deposit** | | | | **$7,021.98** |
| **Southern California Edison PO Box 300 Rosmead, CA 09177-2001** | | | | | | **$6,863.39** |
| **SEV Laser Petrosian Esthetic Enterprises LLC 18220 Yorba Linda Blvd Suite 306 Yorba Linda, CA 92886** | | **Security Deposit** | | | | **$6,779.85** |
| **First Team Real Estate OC 18200 Yorba Linda Blvd Suite 201 Yorba Linda, CA 92886-0004** | | **Security Deposit** | | | | **$6,610.68** |
| **Republic Services PO Box 60586 City of Industry, CA 91716-0586** | | | | | | **$5,899.97** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Kyra E. Andrassy**<br>**4675 MacArthur Court**<br>**Suite 1550**<br>**Newport Beach, CA 92660**<br>**(310) 440-4100**<br>California State Bar Number: **207959 CA**<br>**kandrassy@raineslaw.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| **Romanov Group LLC**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 9 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **June 24, 2026**

Signature of Debtor 1 - Jason Miller, Authorized Representative of Forcing Rosser Manager, LLC, the Manager for Romanov Group, LLC

Date: ______

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **June 24, 2026**

Signature of Attorney for Debtor (if applicable)
Kyra E. Andrassy

Romanov Group LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
Attn Gabrielle Lawlor
320 Yonkers Avenue
Yonkers, NY 10701

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
c/o Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
Attn Jeffrey Innocenti
320 Yonkers Avenue
Yonkers, NY 10701

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680

Advanced Monitoring Inc
1354 S Parkside Place
Ontario, CA 91761

Alternative Landscaping Inc
PO Box 30236
Santa Ana, CA 92735

Anchor Medical Management - Urgent Care
18220 Yorba Linda Blvd
Suite 301
Yorba Linda, CA 92886

Anchor Medical Management, Inc.
18200 Yorba Linda Blvd
Suite 125
Yorba Linda, CA 92886

Black Bird Fire Protection, Inc.
471 Atlas Street
Brea, CA 92821

Blackstone Networks, Inc
151 Kalmus Drive
Suite A203
Costa Mesa, CA 92626

Camacho, Moises
5590 W. Mission Blvd
Ontario, CA 91762

Chili's Bar and Grill
18380 Yorba Linda Blvd
Suite 100
Yorba Linda, CA 92886

Chunky Scoops, LLC
dba Handel's Homemade Ice Cream
18210 Yorba Linda Blvd
Suite 401
Yorba Linda, CA 92886

Core Precision Megaformer Pilates, Inc.
18220 Yorba Linda Blvd
Suite 304
Yorba Linda, CA 92886

CR Educational Systems, Inc.
dba C2 Education Systems, Inc.
18340 Yorba Linda Blvd
Suite 102
Yorba Linda, CA 92886

Crave Health, LLC dba Smart Fit Method
18220 Yorba Linda Blvd
Suite 302
Yorba Linda, CA 92886

CRE Credit Fund IV FInancing V, LLC
507 S Douglas St
2nd Floor
El Segundo, CA 90245

CRECIV Holdings, LLC
2801 Centerville Road
First Floor
Wilmington, DE 19808

De La Torre All Purpose Plumbing, Inc
12861 West St
Suite 49
Garden Grove, CA 92840

Department of Industrial Relations
PO Box 511232
Los Angeles, CA 90051-3030

Dominion Disposal
1536 E Pinewood Ave
Anaheim, CA 92805

Employment Development Department
Bankruptcy Group MIC 92E
P O Box 826880
Sacramento, CA 94280

First Team Real Estate OC
18180 Yorba Linda Blvd
Suite 501
Yorba Linda, CA 92886

First Team Real Estate OC
18200 Yorba Linda Blvd
Suite 201
Yorba Linda, CA 92886-0004

First Team Real Estate OC Exp Spc
18200 Yorba Linda Blvd
Suite 205
Yorba Linda, CA 92886

First Team Real Estate-OC
c/o Russo & Duckworth LLC
344 Via Oporto #201
Newport Beach, CA 92660

Four Seaons Air Inc
c/o Law Office of Cathy Zotti
17151 Newhope Street
Suite 113
Tustin, CA 92780

Franches Tax Board
P O Box 942857
Sacramento, CA 94257-0511

HearX West, LLC
18220 Yorba Linda Blvd
Suite 312
Yorba Linda, CA 92886

HILLWIG-GOODROW, INC
31419 Outer Highway 10
Ste. 1-200
Redlands, CA 92373

Infinity Injectables
18200 Yorba Linda Blvd
Suite 200
Yorba Linda, CA 92886

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jersey Mikes
JB Restaurant Group
18340 Yorba Linda Blvd
Suite 101
Yorba Linda, CA 92886

LBC3 Trust
c/o Ballard Spahr
attn Michael Myers
2029 Century Plaza East, Suite 1400
Los Angeles, CA 90067

Le Pho
18340 Yorba Linda Blvd
Suite 104
Yorba Linda, CA 92886

Lone Wolf Brewing Co LLC
18210 Yorba Linda Blvd
Suite 404
Yorba Linda, CA 92886

MADE Coffee
18340 Yorba Linda Blvd
Suite 106
Yorba Linda, CA 92886

Martinez, Edel
8172 Slater Ave
Apt B
Huntington Beach, CA 92647

Merchants Building Maintenance, LLC
1190 Monterey Pass Road
Monteray Park, CA 91754

Mizrahi Tefahot Bank Ltd
Los Angeles Branch
633 West 5th Street
Suite 5700
Los Angeles, CA 90071

Naz House Of Beauty
18340 Yorba Linda Blvd
Suite 105
Yorba Linda, CA 92886

New Mom School
18200 Yorba Linda Blvd
Suite 204
Yorba Linda, CA 92886

OC Keys
13681 Newport Ave
Suite 8 # 425
Tustin, CA 92780

Ontario Refrigeration Services, Inc.
635 S. Mountain Avenue
Ontario, CA 91762

Orange County Fire Authority
False Alarm Response
PO Box 51985
Irvine, CA 92619-1985

Orange County Tax Collector
601 N Ross Street
Santa Ana, CA 92701

Patrol One
P.O. Box 5487
Orange, CA 92863

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056

Peter Pham, DDS
18220 Yorba Linda Blvd
Suite 305
Yorba Linda, CA 92886

Petrosian Esthetic Enterprises LLC
c/o Richard Meaglia
688 W Foothill Blvd
Monrovia, CA 91016

Phoenix Pumping Inc.
c/o Beverly Hills Bike Law
9025 Wilshire Blvd
Suite 301
Beverly Hills, CA 90211

Polish Nails
18220 Yorba Linda Blvd
Suite 303
Yorba Linda, CA 92886

Posh Hair Salon
18340 Yorba Linda Blvd
Suite 103
Yorba Linda, CA 92886

Republic Services
PO Box 60586
City of Industry, CA 91716-0586

Sain Builders
147 Hart Bench Rd
Darby, MT 59829

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050

SEV Laser
Petrosian Esthetic Enterprises LLC
18220 Yorba Linda Blvd
Suite 306
Yorba Linda, CA 92886

Shy Heart Studios
18200 Yorba Linda Blvd
Suite 310
Yorba Linda, CA 92886

Smart Key Locksmith
25211 Sunnymeand Blvd
Suite C-4
Moreno Valley, CA 92553

Southern California Edison
PO Box 300
Rosmead, CA 09177-2001

State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

Stefano's Golden Baked Hams
18220 Yorba Linda Blvd
Suite 307
Yorba Linda, CA 92886

Sushi Imari, Inc.
18220 Yorba Linda Blvd
Suite 310
Yorba Linda, CA 92886

Tesla, Inc.
18340 Yorba Linda Blvd
Pkg
Yorba Linda, CA 92886

The Joint Corp
18340 Yorba Linda Blvd
Suite 108
Yorba Linda, CA 92886

Trend Systems Group
2126 S Standard Avenue
Santa Ana, CA 92707

U.S. Dept. of Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220

UPS Store
18340 Yorba Linda Blvd
Suite 107
Yorba Linda, CA 92886

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705

VIP Sewer And Drain Services, Inc
4502 Walnut Ave
Irvine, CA 92604

Yorba Linda Friends Church
18200 Yorba Linda Blvd
Pkg
Yorba Linda, CA 92886-0001

Yorba Linda Water District
PO Box 54348
Los Angeles, CA 90054-0348