| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy, SBN 207959<br>kandrassy@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Tell.: (310) 440-4100<br>Fax: (310) 691-1943<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaza Continental Group LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Plaza Continental Group LLC<br><br>Debtor(s). | CASE NO.: 8:26-bk-10986-MH<br><br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☐ **No hearing: LBR 9013-1(q)**<br>☒* **Hearing information**<br>DATE: April 28, 2026<br>TIME: 2:30 p.m.<br>COURTROOM: 6C<br>ADDRESS: 411 W. Fourth St., Santa Ana, CA 92701 |

1. Bar Date. The court has set a deadline of *(date)* July 1, 2026 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

(b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on *(date)* March 30, 2026, and therefore calculates that this deadline is *(date)* September 28, 2026). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) Agreed claims. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you must timely filed a Proof of Claim as set forth in this Notice.

4. 11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. Interest Holders. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: May 1, 2026

By: /s/ Kyra E. Andrassy
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Kyra E. Andrassy
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **May 4, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **David M Poitras** dpoitras@bg.law
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **May 1, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 1, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Nano Banc
7755 Irvine Center Drive
3rd Floor
Irvine, CA 92618

Preferred Bank
601 S. Figueroa St., 47th Floor
Los Angeles, CA 90017

Vierergruppe Management Inc. 1932
East Deere Avenue Suite 150 Santa Ana,
CA 92705

A & M Cleaning Services
45 La Porte Street
Arcadia, CA 91006

City of Ontario
PO Box 8000
Ontario, CA 91761

Ontario Center Owners Association P.O.
Box 1040
Chino, CA 91708

Sain Builders
147 Hart Bench Rd
Darby, MT 59829

Moises Camacho
5590 W. Mission Blvd.
Ontario, CA 91762

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Arrowhead Group, Inc
dba Basic Backflow
3424 Del Rosa Ave
San Bernardino, CA 92404

Trend Systems Group
2126 S. Standard Avenue
Santa Ana, CA 92707

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680

American Jetting Services
P.O Box 1699
Ontario, CA 91762

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056

C.S.I. Patrol Service, Inc.
3605 Long Beach Blvd #205 Long
Beach, CA 90807-4024

Western Exterminator Company
PO Box BOX 740608
Cincinnati, OH 45274

Executive Lighting and Electric
1141 North Cosby Way, Ste A
Anaheim, CA 92806

Smart Key Locksmith
25211 Sunnymead Blvd Ste C-4 Moreno
Valley, CA 92553-4100

Abraham & Linda Rayhaun
6455 Marigayle Circle,
Huntingon Beach, CA 92648

Brandon Rayhaun
6455 Marigayle Circle,
Huntingon Beach, CA 92648

Birana Rayhaun
6455 Marigayle Circle, Huntingon
Beach, CA 92648

The Stupin Family Trust
215 5th Street , Suite A
Huntington Beach, CA 92647

CFIC-2014 NV Family Investments LLC
1120 N. Town Center Drive Suite 150
Las Vegas, NV 89144

Gerald Marcil
43 Malaga Cove Plaza Suite D Palos
Verdes Estates, CA 90274

Joses Nuevo Landscaping LLC
3857 Birch Street Suite 209
Newport Beach, CA 92660

Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657

Michael Kaplan Intervivos Trust P.O.
Box 277
Surfside, CA 90743

Kim Paglia
4 Twin Lakes Circle
Corona Del Mar, CA 92806s

Santa Ana Division
411 West Fourth Street, Suite 2030
Santa Ana, CA 92701-4500

Western Alliance Bank
c/o Ballard Spahr LLP
attn: Craig Ganz
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

The Vincent T. Paglia Jr. Family Trust
2790 E. Regal Park Drive
Anaheim, CA 92806

Benihana
Attn: Joleen Shuda
5760 Legacy Drive, Suite B3-530
Piano, TX 75024

Black Angus
13400 Riverside Drive, Suite 210
Sherman Oaks, CA 91423

Dapper Dine & Lounge
3660 Porsche Way
Ontario, CA 91764

El Torito
11065 Knott Ave Suite A
Cypress, CA 90630

Hamburger Mary's
3550 Porsche Way
Ontario, CA 91764

Platt College
3700 Inland Empire Blvd.
Ontario, CA 91764

Tesla Supercharger
Attn: Supercharger Team
3500 Deer Creek Road
Palo Alto, CA 94304

West Coast Ultrasound Institute
3700 Inland Empire Blvd. Suite #100, 110, 125, 225, 235, 250, 300 & 500
Ontario, CA 91764