**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Proposed Attorneys for
SDRES Partners LLC, Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>SDRES PARTNERS LLC,<br><br>Debtor. | Case No.: 8:26-bk-11744-SC<br><br>Chapter 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br>**<u>Hearing Information</u>:**<br>Date: September 16, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom 5C<br>411 West Fourt Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND CREDITORS ENTITLED TO NOTICE:**

SDRES Partners LLC, the debtor (the "**Debtor**"), hereby submits this status report for the September 16, 2026, chapter 11 status conference.

## I. BACKGROUND

On June 3, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. No request

for the appointment of a trustee or examiner has been made in this case and no official committees have been appointed or designated.

This case involves an 8-unit multifamily apartment and an office building located at 244-248 South Orange Grove Boulevard, Pasadena, California 91105 (the "**Property**").[1] Prepetition, Preferred Bank, the secured creditor, obtained the appointment of Byron Moldo as a rents and profits receiver and Mr. Moldo has remained in possession with the consent of the parties. Preferred Bank obtained an appraisal of the Property and based on the appraised value and the condition of the Property, has filed a motion for relief from stay that the Debtor does not oppose.

## II. STATUS OF COMPLIANCE WITH OBLIGATIONS OF THE OFFICE OF THE UNITED STATES TRUSTEE

The Debtor is delinquent in filing its monthly operating reports because it lacks the accounting and personnel resources to file them. Because the Receiver is in place, the Debtor itself is not collecting or disbursing any funds. The Debtor's authorized representative, Deba Shyam, appeared at the initial meeting of creditors in this case but did not appear at the continued meeting on August 31, 2026. Counsel has advised Mr. Shyam, through his attorney, and the Debtor's manager, Jason Miller, that one of them is required to appear at the continued meeting on September 9, 2026. As of September 2, 2026, counsel has not received confirmation that they intend to appear.

## III. DEADLINE FOR THE DISCLOSURE STATEMENT AND PLAN

If relief from stay is granted, Preferred Bank will foreclose against the Property and there will be no assets remaining and the case should either be converted or dismissed.

[1] The petition indicated that this case was a single-asset real estate case, but because of the way the parcels are situated and because of the mixed-use, it may not actually be a single-asset real estate case.

Respectfully submitted,

Dated: September 2, 2026

**RAINES FELDMAN LITTRELL LLP**

By: *<u>/s/ Kyra E. Andrassy</u>*
Kyra E. Andrassy
Proposed Attorneys for
SDRES Partners, LLC, Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 2, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 2, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 2, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Personal Delivery**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 2, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- **Walter Whitman Moore** walter@licensedtosue.com, waltermooreinla@gmail.com
- **David M Poitras** dpoitras@bg.law
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

Office of the U.S. Trustee

Kenneth Misken
DOJ-UST
Office of the United States Trustee
411 W. Fourth St, #7160
Santa Ana, CA 92701

Secured Creditors

Preferred Bank
c/o John A. Moe, II
Dentons US LLP
601 S Figueroa St, Fl 25
Los Angeles, CA 90017

Preferred Bank
601 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017

20 Largest Unsecured Creditors

Ambassador West Master Association
c/o Action Property Management
PO Box 25013
Santa Ana, CA 92799

High Speed Rooter & Plumbing, Inc.
10709 Vernon Avenue
Ontario, CA 91762

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705

Clear Mind Full Heart
210 S Orange Grove Blvd
Pasadena, CA 91123

Camacho, Moises
5590 W. Mission Blvd
Ontario, CA 91762

Jerome Andrews
248 S Orange Grove Blvd, #202
Pasadena, CA 91123

Jo-Lynn Marie Battany
244 S Orange Grove
Blvd, #203
Pasadena, CA 91123

Renee M. Dominique
244 S Orange Grove Blvd, #104
Pasadena, CA 91123

Vaughan Pools 127, Inc
dba Steve Vaughan Pool and Spa
514 W Maple Ave
Monrovia, CA 91016

Ann W. Paul
244 S Orange Grove Blvd, #103
Pasadena, CA 91123

Vincent Rojas
244 S Orange Grove Blvd, #101
Pasadena, CA 91123

Maranatha High School
169 S. St. John Ave
Pasadena, CA 91105

Gloria Fowler
244 S Orange Grove Blvd, #204
Pasadena, CA 91123

Judith Moore
248 S Orange Grove Blvd, #102
Pasadena, CA 91123

City of Pasadena
100 N. Garfield Ave, N106
P.O. Box 7115
Pasadena, CA 91109

Stanley Pest Control (290)
2555 Loma Avenue
South El Monte, CA 91733

Compass
341 Bayside Drive
Newport Beach, CA 92660

Hampton Realty & Investment, Inc
706 W. Duarte Rd, Unit D
Monrovia, CA 91016

Pasadena Water and Power
P.O. Box 7120
Pasadena, CA 91109

SoCalGas
P.O. Box C
Monterey Park, CA 91756