**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Romanov Group LLC, Debtor
and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ROMANOV GROUP LLC,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:26-bk-11948-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON SHORTENED TIME ON THE DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 364(b) TO ENTER INTO PREMIUM FINANCE AGREEMENT WITH FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.**<br><br>**<u>Hearing Information</u>:**<br>Date: September 16, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

**TO ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that a hearing will be held on **September 16, 2026** at **1:30 p.m.** before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, in Courtroom 5C of the above-captioned court located at 411 W. Fourth Street, Santa Ana, California 92701 (the "**Hearing**"), on the *Motion Pursuant to 11 U.S.C. § 364(b) to Enter Into Premium Finance Agreement with First Insurance Funding, a Division Of Lake Forest Bank & Trust Company, N.A*. [Dkt. 42] (the "**Motion**") filed by Romanov Group, LLC, the Debtor and Debtor-in-Possession (the "**Debtor**"). A description of the Motion is as follows:

## SUMMARY OF THE MOTION

On June 24, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. The Debtor is operating as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this case and no official committees have been appointed or designated.

The Debtor is a special purpose entity that owns and operates a 145,439 square foot retail property (mixed-use retail/office development) located at 18180, 18200, 18220, 18300, 18340 & 18380 Yorba Linda Boulevard in Yorba Linda, California 92886 (the "**Property**"). It is commonly known as the Yorba Linda Packing House. The Property is comprised of four multi-tenant retail buildings, a three-story office building, one freestanding restaurant building, and one single-tenant pad building. Retail tenants dominate the main retail buildings, with the anchor suite situated on the eastern portion of the office building. The office building includes interior walkways and common area restrooms. Major office tenants include Anchor Medical and First Team Real Estate. The freestanding restaurant building is situated in the northeastern portion of the site and is occupied by Chili's Grill & Bar. The single-tenant pad building is in the northwestern portion of the site and occupied by First Team Real Estate. The Property was appraised in as-is condition in October 2024 at $47,250,000. As of the date of that value, the Property was 64.5% leased by 23 tenants. It is encumbered by a lien in favor of a secured lender, LBC3 Trust (the "**Lender**"), that is owed approximately $28.5 million.

Postpetition and because of concerns about former management, David Goodrich was appointed as the manager of the Debtor and pursuant to the terms of the written consent appointing him, he can only be removed by Court order or of the case is closed or dismissed.

The Debtor has been in communication with counsel for the Lender and the parties are working cooperatively with respect to ensuring that critical postpetition operating expenses are paid pending the Debtor's preparation of cash flow projections. Once the projections are finalized, it is anticipated that there will be a cash collateral stipulation submitted to the Court for approval.

The Property is currently insured under a group policy believed to have been obtained by Continuum Analytics, which is an asset manager for a number of different special purpose entities, including a number that have chapter 11 bankruptcy cases pending in the Central District of California and an unknown number of entities that have not sought bankruptcy protection. The Debtor understands that because of the way that the financing for the insurance policies was structured, a default by one entity in payment of its share of the premium may jeopardize the coverage for the other entities. Concerned about the possibility of a cancellation, the Debtor, under Mr. Goodrich's supervision, has obtained quotes for standalone insurance policies. The Debtor has subsequently learned that its current insurance policy is in fact in default, although a ten-day notice of cancellation has not yet been issued.

Subject to approval of this Motion, (1) Maxum Indemnity Company is prepared to issue a liability insurance policy with a general aggregate limit of $2 million and a per occurrence limit of $1 million, a copy of which is attached to the Motion as Exhibit 1,[1] (2) Lexington Insurance Company is prepared to issue a primary property insurance policy covering all real and personal property with a limit of liability of $10 million, and a copy of the proposal is attached to the Motion as Exhibit 2,[2] (3) Homeland Insurance Company of

[1] The minimum earned premium is 25%.

[2] The minimum earned premium is 35%.

New York is prepared to issue excess property insurance covering the real and personal property with a limit of liability of $19,630,200,[3] and (4) StarStone National Insurance Company and Scottsdale Insurance Company will issue umbrella coverage[4] (together, these are referred to as the "**Policies**"). The cumulative annual premiums for the Policies, with fees and taxes, total $163,248.79. The Debtor was holding approximately $354,071 as of August 30, 2026.

FIRST, which is a division of a national bank engaged in the business of financing insurance premiums, is willing to finance the $163,248.79 in premiums, taxes, and fees for the Policies, subject to Court approval, with a down payment of $45,807.20 and nine payments of $12,508.07 due on the fifth of each month. The annual percentage rate is 13.95%. To secure the repayment of this amount, any late charges, attorney's fees and expenses, and other costs under the financing agreement (collectively, the "**Indebtedness**"), the Debtor will grant and assign to FIRST a first priority lien on, and security interest in, the Policies, including all returned premiums and unearned premiums and all other collateral defined in the Finance Agreement (collectively, the "**Finance Agreement Collateral**"). A copy of the Finance Agreement is attached to the Motion as Exhibit 4. Pursuant to the Finance Agreement, in the event of a default, the Debtor irrevocably appoint FIRST as the Debtor's attorney-in-fact with full power of substitution and authority, to: (a) cancel the Policies; (b) receive all sums assigned to it, including the Finance Agreement Collateral; and (c) execute and deliver, on the Debtor's behalf, all documents relating to the Policies in furtherance of the Finance Agreement.

In order to reduce the cash the estate must fund at binding, Trustee Insurance Services is willing to advance a portion of the required down payment on the Debtor's behalf, with that advance to be repaid over five months. This means that upon Court approval of the Motion, the Debtor will need to pay FIRST $24,487.32, with nine monthly payments to FIRST of $12,508.07 starting October 5, 2026. Trustee Insurance Services will fund the balance of the deposit, which is $21,319.88, at 15% interest to be repaid over five months, which equates to $4,425.20 per month. There is no additional contract with Trustee Insurance Services other than as set forth in this Motion. If you would like a copy of the Motion, please contact the undersigned counsel.

The Policies are essential to the preservation of the Debtor's assets and business and required by its secured creditors and the Office of the United States Trustee. The form of the proposed order required by FIRST is attached to the Motion as Exhibit 5.

## OPPOSITION DEADLINE AND HEARNG INFORMATION

**PLEASE TAKE FURTHER NOTICE** that pursuant to *Order Granting Application and Setting Hearing on Shortened Notice* (the "**Order**") [Dkt. No. 44] the deadline to file and serve a written opposition to the Motion is **September 14, 2026** at **5:00 p.m.** Failure to timely file and serve an opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion. Replies to the opposition, if any, may be made orally at the hearing. A copy of the Order is attached hereto as **Exhibit A**.

**FOR FURTHER INFORMATION,** please see the Motion and its exhibits, which are available by contacting the undersigned counsel.

---

[3] The minimum earned premium is 35%.

[4] StarStone has no minimum earned premium, but Scottsdale has a 25% minimum earned premium.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held in person or telephonic appearance. For more information on appearing before Judge Clarkson by telephonic appearance, please see the Court's website at https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson under the "Phone/Video Appearances" section.

Respectfully submitted,

Dated: September 9, 2026

**RAINES FELDMAN LITTRELL LLP**

By: *_/s/ Kyra E. Andrassy_*
Kyra E. Andrassy
Counsel for Romanov Group, LLC

# EXHIBIT A

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, SBN 207959
kandrassy@raineslaw.com
Robert S. Marticello, SBN 244256'
rmarticello@raineslaw.com
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
(310) 440-4100

☐ *Individual appearing without attorney*
☒ *Attorney for*: ROMANOV GROUP LLC

FOR COURT USE ONLY

FILED & ENTERED
SEP 09 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

In re:

ROMANOV GROUP LLC

Debtor(s).

CASE NO.: 8:26-bk-11948-SC

CHAPTER: 11

**ORDER:**

☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**

☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**

**[LBR 9075-1(b)]**

**Movant** (*name*): Romanov Group LLC, Debtor-in-Possession

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Motion Pursuant to 11 U.S.C. § 364(b) to Enter Into Premium Finance Agreement with First Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A.

   b. *Date of filing of motion:* September 8, 2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: September 8, 2026

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

b. ☒ The Application is granted, and it is further ordered that:

(1) ☒ A hearing on the motion will take place as follows:

| **Hearing date:** | **Place:** |
|---|---|
| **September 16, 2026** | ☐ **255 East Temple Street, Los Angeles, CA 90012** |
| **Time: 1:30 p.m.** | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| **Courtroom:** 5C | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☒ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: September 9, 2026 | *Counsel for the secured creditors* |
| Time: 5:00 p.m. | |
| | ☐ See attached page |
| | (C) *Telephonic notice is also required upon the* United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First class mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: September 9, 2026 | |
| Time: 5:00 p.m. | *All creditors* |
| | ☐ See attached page |
| | (D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>(*see Court Manual for address*) |

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: September 9, 2026<br><br>Time: 5:00 p.m. | *Counsel for secured creditors, all of whom have appeared electronically in this matter*<br><br>☐ See attached page<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers<br>(*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: September 14, 2026<br><br>Time: 5:00 p.m. | Debtor's counsel<br><br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers<br>(*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *<u>Deadlines:</u>* | (C) *<u>Persons/entities to be served with written reply to opposition:</u>* |
|---|---|
| Date:<br><br>Time: | |
| | (D) *<u>Service is also required upon</u>*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>(*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| | | |
|---|---|---|
| ☒ at least 2 days before the hearing. | | |
| ☐ no later than: | Date: | Time: |

***** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: September 9, 2026

Scott C. Clarkson
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON SHORTENED TIME ON THE DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 364(b) TO ENTER INTO PREMIUM FINANCE AGREEMENT WITH FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 9, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 9, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Stacy H Rubin** rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
- **Jessica M. Simon** jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

Label Matrix for local noticing
0973-8
Case 8:26-bk-11948-SC
Central District of California
Santa Ana
Wed Sep 9 08:18:30 PDT 2026

California Department of Tax and Fee Adminis
Collections Support Bureau, MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Raines Feldman Littrell LLP
4675 MacArthur Co Ste 1550
Newport Beach, CA 92660-2042

Romanov Group LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Willow River, LLC, as servicing agent author
106 Chestnut St E
Stillwater, MN 55082-5116

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
Attn Gabrielle Lawlor
320 Yonkers Avenue
Yonkers, NY 10701-6411

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
Attn Jeffrey Innocenti
320 Yonkers Avenue
Yonkers, NY 10701-6411

18300 Yorba Linda Blvd Fitness
Group LLC, dba Planet Fitness
c/o Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019-6026

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680-2725

4G Wireless, Inc.
303 Broadway Street 104-155
Laguna Beach, CA 92651-1816

4G Wireless, Inc.
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Advanced Monitoring Inc
1354 S Parkside Place
Ontario, CA 91761-4555

Align Collective LL
Attn: J.B. Roberry
5000 Birch Street
West Tower Suite 3000
Newport Beach, CA 92660-8107

Align Collective LLC dba Core
Precision Megaformer Pilates
Attn: Andrew Solomon
1659 6th Street
Manhattan Beach, CA 90266-6305

Alternative Landscaping Inc
PO Box 30236
Santa Ana, CA 92735-8236

Anchor Medical Man gement, Inc.
c/o Mir Alikhan
4440 Von Karman Av
Suite 270
Newport Beach, CA 92660-2088

Anchor Medical Management - Urgent Care
18220 Yorba Linda Blvd
Suite 301
Yorba Linda, CA 92886-4032

Anchor Medical Management, Inc.
18200 Yorba Linda Blvd
Suite 125
Yorba Linda, CA 92886-4043

Andrew stupin
215 5th Street Suite A
Huntington Beach, CA 92648

(p)BLACK BIRD FIRE PROTECTION INC
471 ATLAS ST
BREA CA 92821-3118

Blackstone Networks, Inc
151 Kalmus Drive
Suite A203
Costa Mesa, CA 92626-5999

Brinker Internatio al
dba Chili's Bar & Grill
Attn General Counsel
6820 LBJ Freeway
Dallas, TX 75240-6580

CR Educational Syst ms, Inc.
dba C2 Education Sy tems, Inc.
6470 E Johns Crossing Suite 100, #1
Duluth, GA 30097-1500

CR Educational Systems, Inc.
dba C2 Education Systems, Inc.
18340 Yorba Linda Blvd
Suite 102
Yorba Linda, CA 92886-4041

CRE Credit Fund IV FInancing V, LLC
507 S Douglas St
2nd Floor
El Segundo, CA 90245-4810

CRE Credit Fund IV Financing V, LLC
507 S Douglas St 2nd Floor
El Segundo, CA 90245

CRECIV Holdings, LLC
2801 Centerville Road
First Floor
Wilmington, DE 19808-1609

CRECIV Holdings, LLC
2801 Centerville Road
First Floor
Wilmington, DE 19808-1609

Caduceus Physician Medical Group
c/o David Wood
870 Roosevelt
Irvine, CA 92620-3663

Camacho, Moises
5590 W. Mission Blvd
Ontario, CA 91762-4622

Chili's Bar and Grill
18380 Yorba Linda Blvd
Suite 100
Yorba Linda, CA 92886-4003

Chunky Scoops, LLC
dba Handel's Homemade Ice Cream
18210 Yorba Linda Blvd
Suite 401
Yorba Linda, CA 92886-4060

Chunky Scoops, LLC
dba Handel's Homemade Ice Cream
Attn Jeff Manassero
10232 Niagara Drive
Huntington Beach, CA 92646-4918

Core Precision Megaformer Pilates, Inc.
18220 Yorba Linda Blvd
Suite 304
Yorba Linda, CA 92886-4032

Crave Health, LLC
dba Smart Fit Metho
5920 Via Del Tecolote
Yorba Linda, CA 92887-3552

Crave Health, LLC dba Smart Fit Method
18220 Yorba Linda Blvd
Suite 302
Yorba Linda, CA 92886-4032

De La Torre All Purpose Plumbing, Inc
12861 West St
Suite 49
Garden Grove, CA 92840-5601

Department of Industrial Relations
PO Box 511232
Los Angeles, CA 90051-3030

Dominion Disposal
1536 E Pinewood Ave
Anaheim, CA 92805-1241

Ehtessabian Dental Corp
dba Smile YL
18220 Yorba Linda Blvd Suite 305
Yorba Linda, CA 92886-4057

Employment Developm nt Department
Bankruptcy Group MI 92E
P O Box 826880
Sacramento, CA 94280-0001

FIRST TEAM REAL ESTATE - ORANGE COUNTY
2713 W Coast Hwy
Newport Beach, CA 92663-4723

First Team Real Estate OC
18180 Yorba Linda Blvd
Suite 501
Yorba Linda, CA 92886-3901

First Team Real Estate OC
18200 Yorba Linda Blvd
Suite 201
Yorba Linda, CA 92886-4043

First Team Real Estate OC Exp Spc
18200 Yorba Linda Blvd
Suite 205
Yorba Linda, CA 92886-4043

First Team Real Estate-OC
c/o Russo & Duckworth LLC
344 Via Oporto #201
Newport Beach, CA 92660

Four Seaons Air Inc
c/o Cathy Zotti
Harper & Burns LLP
453 S Glassell St
Orange, CA 92866-1905

Four Seaons Air Inc
c/o Law Office of Cathy Zotti
17151 Newhope Street
Suite 113
Tustin, CA 92780

Franches Tax Board
P O Box 942857
Sacramento, CA 94257-0511

Gurudivanh Inc dba PS Store, Inc
Attn Hlrdeep Kumar
20409 Yorba Linda Blvd, Suite G-77
Yorba Linda, CA 92886-3042

HILLWIG-GOODROW, INC
31419 Outer Highway 10
Ste. 1-200
Redlands, CA 92373-7535

Handells Homemade Ice Cream Inc.
Attn Franchise Administration
3830 Starr Centre rive
Canfield, OH 44406-7037

HearX West, LLC
18220 Yorba Linda Blvd
Suite 312
Yorba Linda, CA 92886-4032

Infinity Injectables
18200 Yorba Linda Blvd
Suite 200
Yorba Linda, CA 92886-4043

JB Restaruant Group
c/o Del Monte Land 1om Law LLC
Attn Rosemarie E D lMonte
2743 S Paris Place
Aurora, CO 80014-3117

Jeresey Mike's Fra chise Systems
Attn General Counsel
2251 Landmark Plac
Manasquan, NJ 08736-1026

Jersey Mikes
JB Restaurant Group
18340 Yorba Linda Blvd
Suite 101
Yorba Linda, CA 92886-4041

Jersey Mikes
JB Restaurant Group
850 N Rose Drive Suite C
Placentia, CA 92870

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660-2042

LBC3 Trust
c/o Ballard Spahr
attn Michael Myers
2029 Century Plaza East, Suite 1400
Los Angeles, CA 90067-2915

Le Pho
18340 Yorba Linda Blvd
Suite 104
Yorba Linda, CA 92886-4041

Le Pho
Attn Le Sien Huynh
570 Stone Canyon Way
Brea, CA 92821-2614

Le Pho
c/o Yun Law Group PC
Attn Andrew Yun
6940 Beach Blvd, Suite 413
Buena Park, CA 90621-6828

Lone Wolf Brewing Co LLC
18210 Yorba Linda Blvd
Suite 404
Yorba Linda, CA 92886-4060

Lone Wolf Brewing o LLC
Attn Mr Joseph Ruiz
15740 Willow Run Drive
Chino Hills, CA 91709-3600

MADE Coffee
18340 Yorba Linda Blvd
Suite 106
Yorba Linda, CA 92886-4041

MADE Coffee
c/o Bo Mi Kim
107 W Amerige Avenue
Fullerton, CA 9283

Martinez, Edel
8172 Slater Ave
Apt B
Huntington Beach, CA 92647-8931

Merchants Building Maintenance, LLC
1190 Monterey Pass Road
Monteray Park, CA 91754-3615

Mizrahi Tefahot Bank Ltd
Los Angeles Branch
633 West 5th Street
Suite 5700
Los Angeles, CA 90071-2022

Mohammad Honarkar
350 Forest Avenue #1438
Laguna Beach, CA 92652-2060

Mohammad Honarkar
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Naz House Of Beaut
Attn Sadia Zafar (ADD)
4070 Yale Street
Yorba Linda, CA 92886-7963

Naz House Of Beauty
18340 Yorba Linda Blvd
Suite 105
Yorba Linda, CA 92886-4041

New Mom School
18200 Yorba Linda Blvd
Suite 204
Yorba Linda, CA 92886-4043

OC Keys
13681 Newport Ave
Suite 8 # 425
Tustin, CA 92780-7815

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

Ontario Refrigeration Services, Inc.
635 S. Mountain Avenue
Ontario, CA 91762-4114

Orange County Fire Authority
False Alarm Response
PO Box 51985
Irvine, CA 92619-1985

Orange County Tax Collector
601 N Ross Street
Santa Ana, CA 92701-4091

Patrol One
P.O. Box 5487
Orange, CA 92863-5487

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056-2669

Peter Pham, DDS
18220 Yorba Linda Blvd
Suite 305
Yorba Linda, CA 92886-4032

Peter Pham, DDS
414 Tangerine Place
Brea, CA 92823-1809

Petrosian Esthetic Enterprises LLC
c/o Richard Meaglia
688 W Foothill Blvd
Monrovia, CA 91016-2024

Phoenix Pumping Inc.
c/o Beverly Hills Bike Law
9025 Wilshire Blvd
Suite 301
Beverly Hills, CA 90211-1827

Polish Nails
18220 Yorba Linda Blvd
Suite 303
Yorba Linda, CA 92886-4032

Polish Nails
c/o Chau Nguyen
8009 Monaco
Stanton, CA 90680-3379

Posh Hair Salon
18340 Yorba Linda Blvd
Suite 103
Yorba Linda, CA 92886-4041

Posh Hair Salon
Attn Shannon Geddis
18340 Yorba Linda Blvd Suite 103
Yorba Linda, CA 92886-4058

Republic Services
PO Box 60586
City of Industry, CA 91716-0586

SEV Laser
Petrosian Esthetic Enterprises LLC
18220 Yorba Linda Blvd
Suite 306
Yorba Linda, CA 92886-4032

Sain Builders
147 Hart Bench Rd
Darby, MT 59829-9619

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050

Shy Heart Studios
18200 Yorba Linda Blvd
Suite 310
Yorba Linda, CA 92886-4044

Smart Key Locksmith
25211 Sunnymeand Blvd
Suite C-4
Moreno Valley, CA 92553-4100

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

Stefano Family, Inc.
dba Stefano's Golden Baked Hams
Attn Francis & Colleen Stefano
18220 Yorba Linda Blvd, Suite 307
Yorba Linda, CA 92886-4032

Stefano's Golden Baked Hams
18220 Yorba Linda Blvd
Suite 307
Yorba Linda, CA 92886-4032

Sushi Imari, Inc.
18220 Yorba Linda Blvd
Suite 310
Yorba Linda, CA 92886-4032

Tesla, Inc.
18340 Yorba Linda Blvd
Pkg
Yorba Linda, CA 92886-4058

Tesla, Inc.
Attn Supercharger eam
3500 Deer Creek Road
Palo Alto, CA 94304-1317

The Joint Corp
18340 Yorba Linda Blvd
Suite 108
Yorba Linda, CA 92886-4041

The Joint Corp
Attn Legal Department
16767 N Perimeter Drive
Suite110
Scottsdale, AZ 85260-1042

The UPS Store, Inc.
Attn Legal Department
6060 Cornerstone Cour West
San Diego, CA 92121-3712

Trend Systems Group
2126 S Standard Avenue
Santa Ana, CA 92707-3035

Turing Jump, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7020

U.S. Dept. of Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220-0002

UPS Store
18340 Yorba Linda Blvd
Suite 107
Yorba Linda, CA 92886-4041

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

VIP Sewer And Drain Services, Inc
4502 Walnut Ave
Irvine, CA 92604-2343

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

Yido Coffee Yorba Linda
dba MADE Coffee
c/o Bo Mi Kim
18340 Yorba Linda Blvd, Suite 106
Yorba Linda, CA 92886-4058

Yorba Linda Friends Church
18200 Yorba Linda Blvd
Pkg
Yorba Linda, CA 92886-4056

Yorba Linda Friends Church
Attn Amy Brookman
18637 Yorba Linda Blvd
Yorba Linda, CA 92886-4136

Yorba Linda Water District
PO Box 54348
Los Angeles, CA 90054-0348

Stephen M. Mott
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Fl
Los Angeles, CA 90067-4410

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Black Bird Fire Protection, Inc.
471 Atlas Street
Brea, CA 92821

Southern California Edison
PO Box 300
Rosmead, CA 09177-2001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)4G Wireless, Inc.

(u)Courtesy NEF

(u)Official Committee of Unsecured Creditors

(d)Employment Development Department
Bankruptcy Group MIC 92E
P O Box 826880
Sacramento, CA 94280-0001

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(d)Romanov Group LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660-7034

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

(u)Mohammad Honarkar

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 122 |
| Bypassed recipients | 8 |
| Total | 130 |