**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Skolem Group LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

Skolem Group LLC

Debtor-in-Possession.

Case No.: 8:26-bk-11915-SC

Chapter 11

**NOTICE OF HEARING ON SHORTENED TIME ON THE DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 364(b) TO ENTER INTO PREMIUM FINANCE AGREEMENT WITH FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.**

**Hearing Information:**
Date: September 16, 2026
Time: 1:30 p.m.
Place: Courtroom 5C
411 W. Fourth Street
Santa Ana, CA 92701

**TO ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that a hearing will be held on **September 16, 2026** at **1:30 p.m.** before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, in Courtroom 5C of the above-captioned court located at 411 W. Fourth Street, Santa Ana, California 92701 (the "**Hearing**"), on the *Motion Pursuant to 11 U.S.C. § 364(b) to Enter Into Premium Finance Agreement with First Insurance Funding, a Division Of Lake Forest Bank & Trust Company, N.A*. [Dkt. 45] (the "**Motion**") filed by Skolem Group, LLC, the Debtor and Debtor-in-Possession (the "**Debtor**"). A description of the Motion is as follows:

## SUMMARY OF THE MOTION

On June 22, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. The Debtor is operating as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this case and no official committees have been appointed or designated.

This is a single asset real estate case involving a neighborhood shopping center commonly known as Montclair Town Center, located at 9710-9886 Central Ave Montclair, California (the "**Property**"). The Property consists of five buildings totaling 97,949 square feet. The Property was appraised in as-is condition in January 2026 at $32,200,000. As of the date of that value, the Property was 55.5% leased by thirteen (13) tenants. It is encumbered by a lien in favor of a secured lender, ECRE2 SBC REO 2045055 LLC (the "**Lender**") that is owed approximately $13 million.

Postpetition and because of concerns about former management, Howard Grobstein was appointed as the manager of the Debtor and pursuant to the terms of the written consent appointing him, he can only be removed by Court order or of the case is closed or dismissed.

The Debtor has been in communication with counsel for the Lender and the parties are working cooperatively with respect to ensuring that critical postpetition operating expenses are paid pending the Debtor's preparation of cash flow projections. Once the projections are finalized, it is anticipated that there will be a cash collateral stipulation submitted to the Court for approval.

The Property is currently insured under a group policy believed to have been obtained by Continuum Analytics, which is an asset manager for a number of different special purpose entities, including a number that have chapter 11 bankruptcy cases pending in the Central District of California and an unknown number of entities that have not sought bankruptcy protection. The Debtor understands that because of the way that the financing for the insurance policies was structured, a default by one entity in payment of its share of the premium may jeopardize the coverage for the other entities. Concerned about the possibility of a cancellation, the Debtor, under Mr. Grobstein's supervision, has obtained quotes for standalone insurance policies. The Debtor has subsequently learned that its current insurance policy is in fact in default, although a ten-day notice of cancellation has not yet been issued.

Subject to approval of this Motion, (1) Maxum Indemnity Company is prepared to issue a liability insurance policy with a general aggregate limit of $2 million and a per occurrence limit of $1 million, a copy of which is attached to the Motion as Exhibit 1,[1] (2) Starr Surplus Lines Insurance Company is prepared to issue a property insurance policy covering all real and personal property, and a copy of the proposal is attached to the Motion as Exhibit 2,[2] and (3) StarStone National Insurance Company and Scottsdale Insurance Company will issue umbrella coverage[3] (together, these are referred to as the "**Policies**"). The cumulative annual premiums for the Policies, with fees and taxes, total $141,821.01. The Debtor has $68,901.41 in cash on hand as of September 4, 2026.

[1] The minimum earned premium is 25%.

[2] The minimum earned premium is 30%.

[3] StarStone has no minimum earned premium, but Scottsdale has a 25% minimum earned premium.

FIRST, which is a division of a national bank engaged in the business of financing insurance premiums, is willing to finance the $141,821.01 in premiums, taxes, and fees for the Policies, subject to Court approval, with a down payment of $42,325.25 and nine payments of $10,599.11 due on the fifteenth of each month. The annual percentage rate is 14.0%. To secure the repayment of this amount, any late charges, attorney's fees and expenses, and other costs under the financing agreement (collectively, the "**Indebtedness**"), the Debtor will grant and assign to FIRST a first priority lien on, and security interest in, the Policies, including all returned premiums and unearned premiums and all other collateral defined in the Finance Agreement (collectively, the "**Finance Agreement Collateral**"). A copy of the Finance Agreement is attached to the Motion as Exhibit 3. Pursuant to the Finance Agreement, in the event of a default, the Debtor irrevocably appoint FIRST as the Debtor's attorney-in-fact with full power of substitution and authority, to: (a) cancel the Policies; (b) receive all sums assigned to it, including the Finance Agreement Collateral; and (c) execute and deliver, on the Debtor's behalf, all documents relating to the Policies in furtherance of the Finance Agreement.

In order to reduce the cash the estate must fund at binding, Trustee Insurance Services is willing to advance a portion of the required down payment on the Debtor's behalf, with that advance to be repaid over five months. This means that upon Court approval of this Motion, the Debtor will need to pay FIRST $21,273.15, with nine monthly payments to FIRST of $10,599.11 starting October 15, 2026. Trustee Insurance Services will fund the balance of the deposit, which is $21,052.10, at 15% interest to be repaid over five months, which equates to $4,369.62 per month. There is no additional contract with Trustee Insurance Services other than as set forth in this Motion.

The Policies are essential to the preservation of the Debtor's assets and business and required by its secured creditors and the Office of the United States Trustee. The form of the proposed order required by FIRST is attached to the Motion as Exhibit 4.

**OPPOSITION DEADLINE AND HEARNG INFORMATION**

**PLEASE TAKE FURTHER NOTICE** that pursuant to *Order Granting Application and Setting Hearing on Shortened Notice* (the "**Order**") [Dkt. No. 47] the deadline to file and serve a written opposition to the Motion is **September 14, 2026** at **5:00 p.m.** Failure to timely file and serve an opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion. Replies to the opposition, if any, may be made orally at the hearing. A copy of the Order is attached hereto as **Exhibit A**. If you would like a copy of the Motion, please contact the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held in person or telephonic appearance. For more information on appearing before Judge Clarkson by telephonic appearance, please see the Court's website at https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson under the "Phone/Video Appearances" section.

Respectfully submitted,

Dated: September 9, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Skolem Group LLC

# EXHIBIT A

Case 8:26-bk-11915-SC Doc 47 Filed 09/08/26 Entered 09/08/26 08:20:06 Desc Main Document Page 1 of 4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy, SBN 207959<br>kandrassy@raineslaw.com<br>Robert S. Marticello, SBN 244256'<br>rmarticello@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>(310) 440-4100<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: SKOLEM GROUP LLC | FILED & ENTERED<br>SEP 08 2026<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| In re: | CASE NO.: 8:26-bk-11915-SC<br>CHAPTER: 11 |
|---|---|
| SKOLEM GROUP LLC<br><br>Debtor(s). | **ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Skolem Group LLC, Debtor-in-Possession

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Motion Pursuant to 11 U.S.C. § 364(b) to Enter Into Premium Finance Agreement with First Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A.

   b. *Date of filing of motion:* September 8, 2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: September 8, 2026

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

b. ☒ The Application is granted, and it is further ordered that:

(1) ☒ A hearing on the motion will take place as follows:

| Hearing date: September 16, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5C | Place:<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |
|---|---|

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:*<br>Date: September 9, 2026<br>Time: 5:00 p.m. | (B) *Persons/entities to be provided with telephonic notice:*<br>*Counsel for the secured creditors*<br>*And any other interested party*<br>☐ See attached page<br>(C) *Telephonic notice is also required upon the* United States trustee |
|---|---|

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First class mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:*<br>Date: September 9, 2026<br>Time: 5:00 p.m. | (C) *Persons/entities to be served with written notice and a copy of this order:*<br>*All creditors*<br>☐ See attached page<br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |
|---|---|

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: September 9, 2026<br>Time: 5:00 p.m. | *Counsel for secured creditors, all of whom have appeared electronically in this matter and any other interested party*<br>☐ See attached page<br>(D) *Service is also required upon*:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: September 14, 2026<br>Time: 5:00 p.m. | Debtor's counsel<br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| | |
|---|---|
| (B) *Deadlines:*<br>Date:<br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br><br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>(*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| | | |
|---|---|---|
| ☒ at least 2 days before the hearing. | | |
| ☐ no later than: | Date: | Time: |

***** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: September 8, 2026

Scott C. Clarkson
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON SHORTENED TIME ON THE DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 364(b) TO ENTER INTO PREMIUM FINANCE AGREEMENT WITH FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 9, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 9, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 9, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Christian T Kim** ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

Label Matrix for local noticing
0973-8
Case 8:26-bk-11915-SC
Central District of California
Santa Ana
Tue Sep 8 18:30:43 PDT 2026

C & A Restoration Inc
c/o Dumas & Kim, APC.
915 Wilshire Blvd.
Ste. 1775
Los Angeles, CA 90017-3575

California Department of Tax and Fee Adminis
Collections Support Bureau, MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Grobstein Teeple LLP
6300 Canoga Ave Ste 1500W
Woodland Hills, CA 91367-2555

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Raines Feldman Littrell LLP
4675 MacArthur Ct Ste 1550
Newport Beach, CA 92660-2042

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Skolem Group, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

4G Wireless, Inc.
303 Broadway Street 104-155
Laguna Beach, CA 92651-1816

4G Wireless, Inc.
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Andrew Stupin
215 5th Street, Suite A
Huntington Beach CA 92648-8101

Arco Glass Plus Inc
120 W Holt Blvd
Unite #9388
Ontario, CA 91762-3822

Bank of America, N.A.
100 N. Tyron Street
Mail Code NC1-007-25-50
Property ID (CAW-468)
Charlotte, NC 28255-0001

Burger King
9710 Central Ave
Montclair, CA 91763-2815

Burger King
California Food Management, LLC
c/o Michael Amingour
8306 Wilshire Blvd, #5002
Beverly Hills, CA 90211-2304

Burrtec Waste Industries, Inc
PO Box 515136
Los Angeles, CA 90051-5136

Burrtec Waste Industries, Inc (270)
P.O. Box 515136
Los Angeles, CA 90051-5136

City of Montclair
PO Box 2308
Montclair, CA 91763-0808

County of Orange Treasurer-Tax Collector
PO Box 4515
Santa Ana CA 92702-4515

Dan Cline Architecture Inc.
c/o F Albert Ibrahim
Case, Ibrahim & Clauss LLP
15615 Alton Pkwy, Suite 450
Irvine, CA 92618-3308

Deba shyam
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660

Dollar General Store #13405
Dolgen California, LLC
Attn: General Counsel
100 Mission Ridge
Goodlettsville, TN 37072-2171

Dollar General Store #13405
Dolgen California, LLC
Attn: Melissa L Heisse
100 Mission Ridge
Goodlettsville, TN 37072-2171

Dominion Disposal
1536 E Pinewood Ave
Anaheim, CA 92805-1241

Dr Simon Chang
dba First Dental Group
3232 Bent Twig Lane
Diamond Bar, CA 91765-3809

Dutch Bros
9752 Central Ave
Montclair, CA 91763

Ellington
Elizon DB 2016-1 Trust
53 Forest Avenue
Old Greenwich, CT 06870-1537

Employment Develop ent Department
Bankruptcy Group MIC 92E (ADD)
Sacramento, CA 94280-0001

Eye Specialists an Laser Center of
Texas PA Defined B nefit Pension
Plan (DBPP)
510 Ranch Train, #100
Irving, TX 75063-4879

F.J. Kaile
dba Kaile Barber Shop
9818 Central Ave
Montclair, CA 91763-2817

Feldstein Living Trust
2877 Motor Ave
Los Angeles, CA 90064-3439

First Dental Group
Dr Simon Chang
9804 Central Ave
Montclair, CA 91763-2817

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Gerald Marcil
43 Malaga Cove Plaza
Suite D
Palos Verdes Peninsula, CA 90274-1346

Gurraj Malik
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

Hazzard Backflow Inc
558-1 Birch Street
Lake Elsinore, CA 92530-2715

Ioannis Xilikakis
23572 Duryea Drive
Lake Forest, CA 92630-3746

Joses Nuevo Landscaping LLC
3857 Birch Street
Suite 209
Newport Beach, CA 92660-2616

Kuri Services LLC
14817 Janine Dr
Whittier, CA 90605-1705

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660-2042

Lisette Espinoza
9910 Lindero Ave
Montclair, CA 91763-3209

Lucky Laundry
c/o Chong W Pak, Aeja Pak,
and Gina Pak
9802 Central Ave
Montclair, CA 91763-2817

Malik Bros 2 LLC
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

Marcus Colabianchi
Duane Morris
One Market Plaza
Suite 2200
San Francisco, CA 94105-1198

Medical Office of Dr. Do
Attn: Dr. Khai Do
9880 Central Ave
Montclair, CA 91763-2817

Mohammad Honarkar
350 Forest Avenue #1438
Laguna Beach, CA 92652-2060

Mohammad Honarkar
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Monte Vista Water District
PO Box 3127
Rocklin, CA 95677-8466

Newmark Pacific, Inc.
c/o Andrew Raunau
Cantor Fitzgerald Securities
18401 Von Karman Ave, #150
Irvine, CA 92612-8590

Newmark Southern California, Inc.
c/o Andrew Raunau
Cantor Fitzgerald Securities
18401 Von Karman Ave, #150
Irvine, CA 92612-8590

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

Papillon Financial Services
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

Rise Above Studios
c/o Aimee O'Neill and
Christopher Garcia
9746 Central Ave
Montclair, CA 91763-2815

Rose Spa
c/o Qiue Zhao
9734 Central Ave
Montclair, CA 91763-2815

SFM, LLC
Attn Senior Real Estate Counsel
5455 E High Street, Suite 111
Phoenix, AZ 85054-5464

San Bernardino County Tax Collector
268 W Hospitality Lane
1st Floor
San Bernardino, CA 92408-3229

Smark Key Locksmith
25211 Sunnymead Blvd
Suite C-4
Moreno Valley, CA 92553-4100

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Sprouts
9790 Central Ave
Montclair, CA 91763-2815

Sprouts Farmers Ma ket
SFM, LLC
Attn Property Manager
5455 E High Street, Suite 111
Phoenix, AZ 85054-5463

State Board of Equ lization
Special Operations Bankruptcy Team (ADD)
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

The Beauty Spot by Liz LLC
c/o Lisette Espinoza
9732 Central Ave
Montclair, CA 91763-2815

The Stupin FamilyT rust
Dated April 3, 200
215 5th Street, Suite A
Huntington Beach, CA 92648-8101

Trend Systems Group
2126 S Standard Avenue
Santa Ana, CA 92707-3035

Tridev Assurance C mpany Inc
21218 Pacific Coas HWY
Malibu, CA 90265-5247

U.S. Dept. of Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20 20220-0002

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

VSS Electric, Inc
1890 Trotter Trail
Norco, CA 92860-2877

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

WNM Enterprises
34145 Pacific Coast Hwy, #402
Dana Point, CA 92629-2731

Yum Yum Donut Shops
9886 Central Ave
Montclair, CA 91763-2817

Yum Yum Donut Shops Inc.
Attn Accounting
18830 East San Jose Ave
Rowland Heights, CA 91748-1325

segal Family Trust
1135 Fallen Leaf Road
Arcadia, CA 91006-1906

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
PO Box 300
Rosemead, CA 91772

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)4G Wireless, Inc.

(u)Courtesy NEF

(u)Ellington Management Group, LLC

(u)Official Committee of Unsecured Creditors

(u)AV Deshawn Grounds

(d)INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

(d)Skolem Group, LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660-7034

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

(u)Mohammad Honarkar

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 75 |
| Bypassed recipients | 9 |
| Total | 84 |