**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Attorneys for Debtor-in-Possession
Skolem Group LLC

FILED & ENTERED
SEP 15 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

SKOLEM GROUP LLC

Debtor-in-Possession.

Case No.: 8:26-bk-11915-SC

Chapter 11

**ORDER GRANTING AMENDED MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO PROPERTY MANAGEMENT AGREEMENTS WITH R & K INTERESTS, INC. DBA INVESTORS' PROPERTY SERVICES AS PROPERTY MANAGEMENT COMPANY EFFECTIVE JULY 16, 2026**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]

On August 24, 2026, Skolem Group LLC, the debtor and debtor-in-possession (the "**Debtor**"), filed a *Motion Pursuant to 11 U.S.C. § 363(b) to Enter Into Property Management Agreement with R & K Interests, Inc. dba Investors' Property Services* ("**IPS**") *as Property Management Company Effective June 19, 2026* (the "**Motion**") [Dkt. 34]. No opposition or request for hearing on the Motion was filed or served. Having reviewed the Motion and papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS ORDERED:**

1. The Motion is GRANTED.

2. The Debtor is authorized to enter into the Property Management Agreement with IPS pursuant to 11 U.S.C. § 363(b).

3. Subject to either the consent of the secured creditor(s) or Court order authorizing the Debtor to use cash collateral, the Debtor is authorized to pay IPS the compensation provided in the Property Management Agreement on a monthly basis.

**IT IS SO ORDERED.**

###

Date: September 15, 2026

Scott C. Clarkson
United States Bankruptcy Judge