**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
*sharon.weiss@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, California 90401-2385
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Martin W. Taylor (State Bar No: 149744)
*marty.taylor@bclplaw.com*
David J. Root (State Bar No: 307251)
*david.root@bclplaw.com*
Dora Duru (State Bar No.: 365550)
*dora.duru@bclplaw.com*
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Secured Creditor NANO BANC

FILED & ENTERED

AUG 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

Bryan Cave Leighton Paisner LLP
1920 Main Street, Ste. 1000
Irvine, California 92614-7276

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re

PLAZA CONTINENTAL GROUP LLC,

Debtor.

Case No.: 8:26-bk-10986-MH

Chapter 11

**ORDER GRANTING NANO BANC'S MOTION FOR LEAVE TO FILE RESPONSE TO DEBTOR'S MOTION TO AMEND SCHEDULING ORDER AND EXTEND THE EXCLUSIVITY PERIODS OF 11 U.S.C. § 1121; REQUEST FOR ORDER LIMITING EXTENSION TO 45 DAYS AND CONDITIONING EXTENSION ON ADEQUATE PROTECTION PAYMENTS**

**Hearing on Underlying Motion:**
Date: August 25, 2026
Time: 1:30 P.M.
Place: Courtroom 6C
411 West Fourth Street

Bryan Cave Leighton Paisner LLP
1920 Main Street, Ste. 1000
Irvine, California 92614-7276

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having reviewed and considered Nano Banc's Motion for Leave to File

A Response to Debtor's Motion to Amend Scheduling Order and Extend the Exclusivity Periods of 11 U.S.C. § 1121 ("Motion for Leave to File a Response") (ECF No. 67).

Based on the Motion and all documents and evidence in support of the Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion for Leave to File a Response is granted;

2. Nano Banc shall file a copy of the Response which was attached to the Motion for Leave to File Response as Exhibit A, on docket upon entry of this Order.

IT IS SO ORDERED.

###

Date: August 12, 2026

Mark Houle
United States Bankruptcy Judge