**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Conejo Riverside Group, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>CONEJO RIVERSIDE GROUP, LLC,<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-11647-MH<br><br>Chapter: 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br>**<u>Hearing Information</u>:**<br>Date: September 15, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom 6C – 6th Floor<br>411 West Fourt Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

Conejo Riverside Group, LLC (the "**Debtor**") submits its chapter 11 status report in connection with the September 15, 2026, status conference.

## I. EVENTS LEADING TO THE FILING OF THE CASE

The Debtor owns a retail center at 2402-2502 South Grove Avenue and 1151 E. Walnut Avenue, Ontario, California (the "**Property**"). It has two multi-tenant retail buildings and one

multi-tenant pad building. Based on recent data from the new property manager, the Property is approximately 59% occupied, with tenants such as Dollar Tree and EVN Salon Suites, LLC. The senior lienholder is Conejo Loan Investors, LLC, which purchased the loan from Preferred Bank, and which is owed approximately $10.3 million. There is a junior lien in favor of Cantor Group IV LLC that was assigned to Cantor Group V, LLC, which then pledged it as collateral to Western Alliance Bank in connection with a loan otherwise unrelated to the Debtor. The amount of the underlying note is $16.5 million. The Debtor and Western Alliance Bank are in discussions about the treatment of this lien and Western Alliance Bank has requested that it be given adequate protection payments. In 2024, Preferred Bank obtained an appraisal of the Property that valued it at approximately $16 million in its as-is condition. The Debtor filed this case because of a foreclosure sale by Conejo Loan Investors, LLC.

The Debtor has been in communication with counsel for Conejo Loan Investors and the parties are working cooperatively with respect to ensuring that critical postpetition operating expenses are paid pending the Debtor's preparation of cash flow projections. Western Alliance Bank is now being brought into these discussions. Once the projections are finalized, it is anticipated that there will be a cash collateral stipulation submitted to the Court for approval.

## II. DEBTOR'S POST-PETITION OPERATIONS AND DECRIPTION OF ITS ASSETS AND LIABILITIES

The Property is the Debtor's only asset. Its liabilities consist of its secured obligation, vendor debt, and security deposits from it tenants.

The Debtor intends to sell the Property.

## III. THE DEBTOR'S PRE AND POST-PETITION LITIGATION

Prepetition, Conejo Loan Advisors sued the Debtor in San Bernardino County Superior Court. That case was pending as of the Petition Date. In addition, EVN Salon Studios LLC,

one of its tenants, and Newmark of Southern California, Inc. also had cases pending against the Debtor.

**IV. <u>AVOIDANCE CLAIMS</u>**

Other than investigating whether the Debtor has any defenses with respect to the lien in favor of Cantor Group V, the Debtor is currently not aware of any avoidance claims.

**V. <u>STATUS OF RETENTION OF COUNSEL AND OTHER PROFESSIONALS</u>**

Because of concerns about former management, Howard Grobstein was appointed as the Debtor's manager postpetition, effective June 16, 2026, which is when the Debtor's coverage under a director's and officer's liability policy was secured. Pursuant to the Debtor's operating agreement, Mr. Grobstein does not take direction from the Debtor's members or any other party and, pursuant to the written consent appointing him, he can only be removed by order of the Court or if the case is closed or dismissed. He has retained Grobstein Teeple to provide support services. The Court has approved the employment of Raines Feldman Littrell as counsel to the Debtor. The Court has also approved the retention of Investors' Property Services as its new property manager effective June 22, 2026. The Court has also approved the retention of a leasing agent to increase the occupancy of the Property and, therefore, its value. The Debtor is discussing the timing of the retention of a real estate broker with both Conejo Loan Investors and Western Alliance Bank, but is prepared to move forward with an application to employ a broker once those discussions are complete.

**VI. <u>STATUS OF COMPLIANCE WITH OBLIGATIONS OF THE OFFICE OF THE UNITED STATES TRUSTEE</u>**

The Debtor believes that it is in compliance with its obligations to the United States Trustee.

## VII. DEADLINE FOR THE DISCLOSURE STATEMENT AND PLAN

At the last status conference, the Court set January 19, 2027, as the deadline for the Debtor to file its plan and disclosure statement and March 30, 2027, as the deadline for approval of the disclosure statement. The deadline to confirm the plan is June 8, 2027.

## VIII. CLAIM DEADLINE

At the last status conference, the Court set September 15, 2026, as the deadline for creditors to submit claims, and the Debtor subsequently served notice of the deadline on all of its creditors.

DATED: September 8, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Conejo Riverside Group, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 8, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 8, 2026 | Bambi Clark | /s/ Bambi Clark |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **James P Hill** jhill@fennemorelaw.com, lgubba-reiner@fennemorelaw.com;hill@ecf.inforuptcy.com;kcashman-kramer@fennemorelaw.com;hill@ecf.courtdrive.com;kramer.kathleenc.r97749@notify.bestcase.com
- **Lance N Jurich** ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Jeffrey S Shinbrot** jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

2. **SERVED BY UNITED STATES MAIL**:

*20 Largest Unsecured Creditors*

Joses Nuevo Landscaping LLC
3857 Birch Street, Suite 209
Newport Beach, CA 92660

Vierergruppe Management, Inc.
1932 East Deere Avenue, Suite 150
Santa Ana, CA 92705

EVN Salon Suite LLC
2416 S Grove Ave
Ontario, CA 91761

City of Ontario
PO Box 8000
Ontario, CA 91761-1076

Baskin Robbins
Heideko Cornejo & Judy Hernandez
2510 S Grove Ave
Ontario, CA 91761

California FAIR Plan Property Ins.
725 S Figueroa St, Suite 3900
Los Angeles, CA 90017

Tung Subway Inc
2458 S Grove Ave
Ontario, CA 91761

Tofu Chon
c/o Byungwook Hwang & Enshou Li
2528 S Grove Ave
Ontario, CA 91761

Sain Builders
147 Hart Beach Road
Darby, MT 59829

Grove Plaza Dental
c/o Dr. Francisco Enverge
2508 S Grove Ave
Ontario, CA 91761

Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

C-Hire Personnel, Inc.
c/o Ken Aviles
2414 S Grove Ave
Ontario, CA 91761

City of Ontario
Business Licensing Division
PO Box 3247
Ontario, CA 91761

City of Ontario
PO Box 8000
Ontario, CA 91761-1076

USA Threading Salon
Ranjit & Sukhjeet Gill
Namdeep Kaur & Kulwant Singh
2536 S Grove Ave
Ontario, CA 91761

Kuri Services LLC
14817 Janine Drive
Whittier, CA 90605

Smart Key Locksmith
25211 Sunnymead Blvd., Suite C-4
Moreno Valley, CA 92553

Trend Systems Group
2126 S. Standard Avenue
Santa Ana, CA 92707

Fenn Termite & Pest Control
7322 Walnut Avenue
Buena Park, CA 90620

Alz Electrical and Lighting Service
23905 Clinton Keith Road, 114-395
Wildomar, CA 92595