**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Plaza Continental Group LLC,
Debtor and Debtor-in-Possesion

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>PLAZA CONTINENTAL GROUP LLC,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:26-bk-10986-MH<br><br>Chapter 11<br><br>**NOTICE OF FINAL HEARING ON THE USE OF CASH COLLATERAL SOUGHT IN THE MOTION TO APPROVE TURNOVER OF PROPERTY FROM THE RECEIVER TO THE DEBTOR, AMENDMENT TO SCHEDULING ORDER, PAYMENT OF THE ADEQUATE PROTECTION PAYMENTS CONTEMPLATED BY 11 U.S.C. § 362(d)(3), AND USE OF CASH COLLATERAL**<br><br>Continued Hearing Information:<br>DATE: November 17, 2026<br>TIME: 2:00 p.m.<br>CTRM: 6C |

**TO PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that at the October 15, 2026, hearing on the motion (the "**Motion**") filed by Plaza Continental Group, LLC (the "**Debtor**") seeking the turnover of the Debtor's real property from Douglas Wilson, the rents and profits receiver, to the Debtor, an amendment to the scheduling order with respect to the deadline to submit a plan and disclosure statement, the extension of the deadline to pay the adequate protection payments

required by 11 U.S.C. § 362(d)(3), and the use of cash collateral to pay the operating expenses necessary to preserve and maintain the property pending its marketing and sale, the Court set a final hearing with respect to the aspect of the Motion seeking authorization to use cash collateral.

**PLEASE TAKE FURTHER NOTICE** that the any opposition to the proposed use of cash collateral must be filed with the Court and served on counsel for the Debtor and on the Office of the United States Trustee on or before November 3, 2026, with any reply due on November 10, 2026. Failure to timely oppose the Motion may be deemed by the Court to be consent to the granting of the relief sought in the Motion.

Dated: October 16, 2026

**RAINES FELDMAN LITTRELL LLP**

By: *_/s/ Kyra E. Andrassy_*
Kyra E. Andrassy
Stephen M. Mott
Counsel for Plaza Continental Group LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FINAL HEARING ON THE USE OF CASH COLLATERAL SOUGHT IN THE MOTION TO APPROVE TURNOVER OF PROPERTY FROM THE RECEIVER TO THE DEBTOR, AMENDMENT TO SCHEDULING ORDER, PAYMENT OF THE ADEQUATE PROTECTION PAYMENTS CONTEMPLATED BY 11 U.S.C. § 362(d)(3), AND USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 16, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 16, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 16, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Amir Gamliel** amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz** ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Nahal Zarnighian** zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com

Label Matrix for local noticing
0973-8
Case 8:26-bk-10986-MH
Central District of California
Santa Ana

Court-Appointed Receiver, Chris Neilson of T
Perkins Coie LLP
Amir Gamliel
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721

Grobstein Teeple LLP
Howard Grobstein
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367-2555

Plaza Continental Group LLC
6300 Canoga Ave
Ste 1500W
Woodland Hills, CA 91367-2555

Raines Feldman Littrell LLP
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660-2042

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680-2725

4G Wireless, Inc.
303 Broadway Street 104-155
Laguna Beach, CA 92651-1816

4G Wireless, Inc.
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

A & M Cleaning Services
45 La Porte Street
Arcadia, CA 91006-2826

Abraham and Linda Rayhaun
c/o Todd C. Ringstad
23101 Lake Center Dr., Ste. 355
Lake Forest, CA 92630-6813

American Jetting Services
P.O Box 1699
Ontario, CA 91762-0699

Arrowhead Group, Inc dba Basic Backflow
3424 Del Rosa Ave
San Bernardino, CA 92404-2804

Brandon Rayhaun
c/o Todd C. Ringstad
23101 Lake Center Dr., Ste. 355
Lake Forest, CA 92630-6813

Briana Rayhaun
c/o Todd C. Ringstad
23101 Lake Center Dr., Ste. 355
Lake Forest, CA 92630-6813

C.S.I. Patrol Service, Inc.
3605 Long Beach Blvd #205
Long Beach, CA 90807-4024

City of Ontario
PO Box 8000
Ontario, CA 91761-1076

Donna M. Brandt c/o Stream Kim Hicks Wrage &
3403 Tenth Street, Suite 700
Riverside, CA 92501-3641

Executive Lighting and Electric
Anaheim, CA 92806
1141 North Cosby Way, Ste A
Anaheim, CA 92806-2007

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

Gerald J. Marcil
c/o BG Law LLP
Steven T. Gubner
21650 Oxnard St., Ste. 500
Woodland Hills, CA 91367-4911

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Joses Nuevo Landscaping LLC
3857 Birch Street Suite 209
Newport Beach, CA 92660-2616

Kimm Paglia
4 Twin Lakes Circle
Corona del Mar, CA 92625-1036

Mohammad Honarkar
350 Forest Avenue #1438
Laguna Beach, CA 92652-2060

Mohammad Honarkar
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Moises Camacho
5590 W. Mission Blvd.
Ontario, CA 91762-4622

Nano Banc
7755 Irvine Center Drive 3rd floor
Irvine, CA 92618-2904

Ontario Center Owners Association
P.O. Box 1040
Chino, CA 91708-1040

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056-2669

Preferred Bank
601 S. Figueroa St 47th Fl
Los Angeles, CA 90017-5752

Sain Builders
147 Hart Bench Rd
Darby, MT 59829-9619

Smart Key Locksmith
25211 Sunnymead Blvd Ste C-4
Moreno Valley, CA 92553-4100

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

The Stupin Family Trust
Andrew Stupin c/o LNBY&G L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Trend Systems Group
2126 S. Standard Avenue
Santa Ana, CA 92707-3035

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Vierergruppe Management Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705-5716

Wall Law Office
26895 Aliso Creek Rd # B-110
Aliso Viejo, CA 92656-5301

Western Alliance Bank
c/o Ballard Spahr LLP
Attn: Michael S. Myers
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Western Exterminator Company
PO Box BOX 740608
Cincinnati, OH 45274-0608

Windham Brannon LLC
3630 Peachtree Rd NE
Suite 600
Atlanta, GA 30326-1550

Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

Stephen M. Mott
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Fl
Los Angeles, CA 90067-4410

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)4G Wireless, Inc.

(u)Courtesy NEF

(u)Nano Banc

(u)Official Committee of Unsecured Creditors

(u)Preferred Bank

(u)Gerald J. Marcil

(u)Mohammad Honarkar

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 43 |
| Bypassed recipients | 7 |
| Total | 50 |