**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Plaza Continental Group LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>PLAZA CONTINENTAL GROUP LLC,<br><br>Debtor and<br>Debtor-in-Possession. | Case No.: 8:26-bk-10986-MH<br><br>Chapter 11<br><br>**NOTICE OF MOTION TO REJECT LEASE WITH DAPPER DINE & LOUNGE, INC. FOR REAL PROPERTY AT 3660 PORSCHE WAY, ONTARIO, CA PURSUANT TO 11 U.S.C. § 365**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Plaza Continental Group LLC, the debtor and debtor-in-possession (the "Debtor") has filed a *Motion to Reject Lease with Dapper Dine & Lounge, Inc. for Real Property at 3660 Porsche Way, Ontario, CA Pursuant to 11 U.S.C. § 365* (the "Motion"). The Debtor is requesting that the Motion be granted without a hearing as provided in Local Bankruptcy Rule 9013-1(o) unless a party in interest time files and serves a written opposition to the Motion and requests a hearing. The Motion is summarized as follows:

1. By this Motion, the Debtor seeks authority under 11 U.S.C. § 365(a) to reject its lease with Dapper Dine & Lounge, Inc. ("Dapper") for approximately 6,261 square feet of commercial space located at 3660 Porsche Way, Ontario, California 91764 (the "Premises"). A true and correct copy of the lease is attached to the Grobstein Declaration as Exhibit "1" (the "Lease"). The Debtor is the landlord under the Lease, which provides for a ten-year initial term commencing on the earlier of Dapper's opening of the Premises to the public or 365 days

after the Lease's October 21, 2025 effective date, two additional five-year extension options, initial minimum rent of $14,087.25 per month, and payment by Dapper of 5.22% of the Shopping Center's Operating Costs. The Lease, however, also requires the Debtor to perform certain landlord-side tenant-improvement work and provides for a tenant improvement allowance of up to $250,440.00.

2. The Debtor did not complete its portion of the tenant improvements prepetition and lacks the financial ability to complete or fund those obligations now. Further, the Lease does not add value to the Premises because Dapper has not taken occupancy, its financial capacity is uncertain, and the substantial landlord contribution remains outstanding. Delivering the Premises vacant will likely be more appealing to prospective purchasers. Rejection of the Lease will thus avoid an unaffordable near-term burden, preserve limited estate resources, and improve the Debtor's ability to market the Premises and obtain a value-maximizing transaction for the benefit of creditors. Accordingly, the Debtor respectfully requests that the Court grant the Motion and authorize the Debtor to reject the Lease pursuant to 11 U.S.C. § 365.

3. **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to the Motion may request a hearing on the Motion. Under Local Bankrutpcy Rule 9013-1(o)(1), the deadline to file and serve a written opposition and request for hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E) or (F) (pursuant to FRBP 9006(f)).

4. If you timely file and serve a written opposition and request for a hearing, the Debtor will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4).] If you fail to comply with this deadline, (A)

(a) the Debtor will file a declaration to indicate that (1) this Notice and Motion was properly served; (2) the response period has elapsed, and (3) no party timely filed and served a written opposition and request for a hearing;

(b) the Debtor will lodge an order that the Court may use to grant the Motion; and

(c) the Court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h).]

Dated: October 20, 2026

**RAINES FELDMAN LITTRELL LLP**

By: *\/s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Debtor and Debtor-in-Possession, Plaza Continental Group LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF MOTION TO REJECT LEASE WITH DAPPER DINE & LOUNGE, INC. FOR REAL PROPERTY AT 3660 PORSCHE WAY, ONTARIO, CA PURSUANT TO 11 U.S.C. § 365**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 20, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Amir Gamliel** amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz** ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Nahal Zarnighian** zarnighiann@ballardspahr.com, garciaej@ballardspahr.com;carolod@ballardspahr.com
-

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) October 20, 2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Agent for Service
Dapper Dine & Lounge, Inc.
Eduardo G. Sanchez
13181 Crossroads Pkwy N, Suite 460
City of Industry, CA 91746

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/20/2026 | Bambi Clark | */s/ Bambi Clark* |
| *Date* | *Printed Name* | *Signature* |